**Electronically Filed**
**Supreme Court**
**SCWC-25-0000037**
**27-MAY-2026**
**10:46 AM**
**Dkt. 10 ODAC**

SCWC-25-0000037

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CHRISTOPHER M. KELIIHELEUA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000037; CASE NO. 1CPC-21-0000789)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioner Christopher M. Keliiheleua's Application

for Writ of Certiorari, filed on April 16, 2026, is hereby

rejected.

DATED: Honolulu, Hawaiʻi, May 27, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Michelle L. Drewyer

